# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  JACQUELINE GYNA PRELOW

                                                    Case No.:  22-40441-can-13

**Debtor**

### TRUSTEE'S OBJECTION TO CLAIM 15 FILED BY FAIRWOODS HOMES ASSOCIATION

    COMES NOW Richard V. Fink, Chapter 13 Trustee, and hereby objects to Proof of Claim filed by creditor FAIRWOODS HOMES ASSOCIATION, in the amount of $400.00, and filed on July 16, 2022. The court claim number is 15.

    **Your claim may be reduced, modified, or eliminated. You should read this document carefully and discuss it with your attorney, if you have one.**

Pursuant to Local Rule 3007-1 (C), the Claimant shall have 30 days after service of the Objection in which to file a Response, if you do not want the court to eliminate or change your claim.  The Response shall be in writing and state why the claim should be allowed as filed.  If a Response is filed, the Court will schedule a hearing.  If no timely Response is filed, the Court will enter an Order sustaining the Objection to the Claim. Parties not represented by an attorney shall mail a Response to the Court at **U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106**. Debtor(s) not represented by an attorney must be served a copy of the Response by regular mail. If your Response is mailed, it must be early enough so that the court will receive it on or before 30 days after service of the Objection.

    The basis for the objection is as follows:

1. Per Federal Bankruptcy Rule 3002(c), in a Chapter 13 case, a proof of claim is timely filed if it is filed not later than 70 days after the order for relief.

2. The deadline for non-governmental creditors to file a proof of claim was June 27, 2022.

3. Proof of Claim 15 was filed on July 16, 2022.

    WHEREFORE**,** the trustee requests that the claim be disallowed in its entirety.

                                                   Respectfully submitted,

July 19, 2022

                                                   /s/ Richard V. Fink, Trustee

                                                   Richard V. Fink, Trustee
                                                   2345 Grand Blvd., Ste. 1200
                                                   Kansas City, MO 64108-2663
                                                   (816) 842-1031

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
SADER LAW FIRM LLC (449) - ATTORNEY FOR DEBTOR(S)
FAIRWOODS HOMES ASSOCIATION (681719)

/s/ Richard V. Fink, Trustee

DD    /Objection - Claim - Late Filed